```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ANIBAL K. QUINONES,                                              :
                                                                 :
                              Plaintiff,                         :
                                                                 :           19-cv-5400 (LJL)
            -v-                                                  :
                                                                 :           ORDER
NEW YORK CITY, et al.,                                           :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2020

LEWIS J. LIMAN, United States District Judge:

On August 17, 2020, Magistrate Judge Freeman issued a Report and Recommendation ("R&R") granting Defendants' motion to dismiss. Dkt. No. 30. The R&R was mailed to Plaintiff's old address and received as returned mail. The Clerk of Court is respectfully directed to mail a copy of the R&R to Plaintiff at his new address, which is now reflected on the docket and also shown below.

Plaintiff shall have forty-five (45) days from service of the R&R to file written objections. The Clerk of Court is also directed to include this Order in its mailing to Plaintiff.

SO ORDERED.

Dated: September 22, 2020
      New York, New York
                                                           LEWIS J. LIMAN
                                             United States District Judge

Copies to:
Mr. Anibal K. Quinones
175 Delancey Street #8J
New York, New York 10002