```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ANIBAL K. QUINONES,                                               :
:
                        Plaintiff,                                :
:                       19-cv-5400 (LJL)
        -v-                                                       :
:                       ORDER
NEW YORK CITY, et al.,                                            :
:
                        Defendants.                               :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   Plaintiff has filed an amended complaint pursuant to this Court's Order dated November 23, 2020. *See* Dkt. Nos. 32, 33. Defendants have filed a letter indicating they renew their motion to dismiss and that the action can be dismissed on the existing papers without further briefing. Dkt. No. 34.

   It is HEREBY ORDERED that Plaintiff shall submit a response by February 22, 2021. The Court will then decide whether the amended complaint states a claim for relief or whether, instead, it should be dismissed with prejudice.

   The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

   SO ORDERED.

Dated: January 13, 2021                    _____
       New York, New York                          LEWIS J. LIMAN
                                              United States District Judge