UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIBAL QUINONES,

                Plaintiff,

     -against-

NEW YORK CITY, et al.,

                Defendants.

19cv05400 (LJL) (DF)

**ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

       The above-captioned action having been referred to this Court for general pretrial supervision and to report and recommend on dispositive motions; and plaintiff Anibal Quinones ("Plaintiff"), who is proceeding *pro se*, having filed a Second Amended Complaint (Dkt. 36); and defendants New York City and Corrections Officer Bishop ("Defendants") having filed a letter motion (Dkt. 37) seeking to dismiss the Second Amended Complaint for failure to plead facts sufficient to remedy deficiencies that the Court identified in Plaintiff's initial Complaint; and Plaintiff, to date, having filed no opposition to Defendants' letter motion; it is hereby

       ORDERED that, no later than April 29, 2022, Plaintiff shall submit a response to Defendants' motion to dismiss. Defendants shall file their reply, if any, no later than two weeks after Plaintiff's opposition has been docketed on the Court's Electronic Case Filing (ECF) system.

       Plaintiff is cautioned that, if he fails to submit a response to Defendants' motion, then the Court may proceed to decide the motion based on Defendants' submission alone. Plaintiff is further cautioned that if he neglects to take reasonable steps to move his case forward, then the case may be dismissed for failure to prosecute.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff on the address reflected on the Docket and shown below.

Dated: New York, New York
April 6, 2022

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Mr. Anibal K. Quinones
175 Delancey Street, Apt. 8J
New York, NY 10002

Defendants' counsel (via ECF)