```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ANIBAL K. QUINONES,                                            :
                                                               :
                              Plaintiffs,                      :
                                                               :          19-cv-05400 (LJL)
       -v-                                                     :
                                                               :               ORDER
NEW YORK CITY et al,                                           :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On October 3, 2022, this Court entered an order granting Defendants' renewed motion to dismiss Plaintiff's hostile workplace, free speech, and retaliation claims with prejudice and Plaintiff's Equal Protection Clause claim without prejudice.  Dkt. No. 42.  The Court noted that Plaintiff has sixty (60) days to file an amended complaint consistent with this Order and, if Plaintiff does not file an amendment within that time period, the Court will dismiss the complaint and close the case.  *Id.*

Sixty days have passed since the Court entered that Order and Plaintiff has not filed an amended complaint.  The Clerk of Court is therefore directed to close this case.

SO ORDERED.

Dated: December 5, 2022  
      New York, New York                               LEWIS J. LIMAN  
                                                            United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 12/5/2022